UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA



DEC 1 2 2022

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| Secretary of Labor<br>Plaintiff<br><br>V.<br><br>G.A.L. Construction<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Misc. No. 2:22-mc-1235<br>Case No. 75-112 |

APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

NAME, ADDRESS, AND PHONE NUMBER OF CLAIMANT:

Carol Varrati (SAM-GAL)
170 Heather Drive
Monroeville PA. 15146
412-419-6688

The amount of $ 2075.8800 which is currently unclaimed and held by the Clerk of Court.

BRIEF HISTORY OF CLAIM:

_____

_____

_____

Claimant certifies under penalty of perjury that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct.

*Carol Varrati*
CLAIMANT'S SIGNATURE

Attachment (1)

CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to:

United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219

9-17-2022
DATE

*Carol Varnati*
CLAIMANT'S SIGNATURE

Attachment (2)