UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Secretary of Labor )<br>Plaintiff ) | Misc. No. 2:22-mc-1235 |
| V. ) | Case No. 75-112 |
| )<br>G.A.L. Construction )<br>Defendant ) | |

ORDER GRANTING APPLICATION FOR PAYMENT
OF UNCLAIMED FUNDS

The Court having considered the Application for Payment of Unclaimed Funds filed by:

NAME, ADDRESS AND PHONE NUMBER OF CLAIMANT:

*CAROL VARRATI (SAM-GAL)*
*170 HEATHER DRIVE*
*MONROEVILLE PA #15146*

The amount of $ 2075.8800 was awarded in this case which is currently unclaimed and held by the Clerk of Court.

The Claimant is entitled to receive payment, and, these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Western District of Pennsylvania pursuant to Title 28 U.S.C. Section 2042,

IT IS THEREFORE ORDERED that the Clerk of the District Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

_____
UNITED STATES DISTRICT JUDGE

Attachment (3)