

Carol Varratl
170 Heather Dr
Monroeville, PA 15146

Joseph F. Weis, Jr.
U.S. Courthouse
700 Grant Street, Room 3110
Pittsburgh, Pa. 15219-1906

RECEIVED
OCT - 4 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

U.S. POSTAGE PAID
FCM LG ENV
MONROEVILLE, PA
15146
SEP 28, 22
AMOUNT
$1.44
R2305K135061-03